JS-6

JOSEPH S. DZIDA - Bar No. 89459
jdzida@crdattorneys.com
ELIZABETH M. CALLAHAN - Bar No. 276963
lcallahan@crdattorneys.com
CALLANAN, ROGERS & DZIDA, LLP
800 South Figueroa Street, Suite 1100
Los Angeles, California 90017-2521
Telephone: (213) 599-7595
Facsimile: (213) 599-7596

Attorneys for Chris Cory Comley

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRIS CORY COMLEY,<br><br>   Plaintiff,<br><br>   v.<br><br>HOME DEPOT USA, INC., a Delaware corporation; and DOES 1-100,<br><br>   Defendant. | CASE No. ED CV11-01040 VAP(DTBx)<br><br>[~~PROPOSED~~] ORDER RE. VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Complaint Filed:   June 1, 2011<br>Trial Date:   NONE SET |

Pursuant to the Stipulation for Voluntary Dismissal with Prejudice entered into between Plaintiff Chris Cory Comley and Defendant The Home Depot U.S.A., Inc., the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED

DATED: ~~March~~ April 30, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISCRTIC JUDGE